IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

**MONTRELL GREENE**                                         **PLAINTIFF**

**VS.**                         **CIVIL ACTION NO.: 4:16-cv-93-GHD-JMV**

**GREENWOOD PUBLIC SCHOOL DISTRICT,
AND DEIRDRE MAYES, RANDY CLARK, AND
SAMANTHA MILTON, IN THEIR OFFICIAL
OFFICIAL AND INDIVIDUAL CAPACITIES**         **DEFENDANTS**

## MOTION TO STAY

COMES NOW, Plaintiff, Montrell Greene, by and through counsel, and moves the Court to stay the time for Plaintiff to file a response to Defendants' motion to dismiss pending a ruling on Plaintiff's Motion for Immunity Related Discovery, (Doc. #7).

RESPECTFULLY SUBMITTED, this the  17th  day of June, 2016.

                                                   /s/ WILLIE GRIFFIN
                                                 WILLIE GRIFFIN, MSB 5022
                                                 **BAILEY & GRIFFIN, P.A.**
                                                 POST OFFICE BOX 189
                                                 1001 MAIN STREET
                                                 GREENVILLE, MS 38702
                                                 TELEPHONE (662) 335-1966

                                                 ATTORNEY FOR PLAINTIFF

## **CERTIFICATE OF SERVICE**

I, Willie Griffin, attorney for Respondent, do hereby certify that I have this day, filed electronic the foregoing with the Clerk of Court by using the EFC system, which sent notification of such filing to the following:

>Robert F. Stacy, Jr., Esq.
>Daniel Coker Horton & Bell, P.A.
>P. O. Box 1396
>Oxford, MS  38655-1396

**CERTIFIED,** this  17TH  day of June, 2016.

>/s WILLIE GRIFFIN
>WILLIE GRIFFIN